## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | January 30, 2019 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER(S):** | CV-18-4395 (ARR) |
| **NAME OF CASE(S):** | **JAVIER, ET AL. -V- BAY RIDGE HOSPITALITY LLC., ET AL.** |
| **FOR PLAINTIFF(S):** | Stein |
| **FOR DEFENDANT(S):** | Rodriguez |
| **NEXT CONFERENCE(S):** | **APRIL 30, 2019 AT 11:30 A.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 11:12 - 11:31 |

**RULINGS FROM STATUS CONFERENCE:**

Court addressed disputes over the proposed collective action notice and order. Parties will submit the revised documents and consent motion to certify a collective action. The Court will hold a status conference on April 30, 2019 at 11:30 a.m.